UNITED STATES, Appellee

v

FREDRIK A. DELPRADO, Lance Corporal,
U. S. Marine Corps, Appellant

19 USCMA 489, 42 CMR 91

No. 22,855

June 5, 1970

*Lieutenant Peter M. Frank*, JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel Charles J. Keever*, USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

There is little likelihood that inadmissible evidence of Article 15 punishment (absence without leave) adversely affected the military judge's determination of a sentence in this case after the accused had been convicted of wrongfully possessing marihuana on or about March 25, 1969. United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970), and United States v Mainard, 19 USCMA 488, 42 CMR 90 (1970). Accordingly, we affirm the decision of the Court of Military Review.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970).